UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

MICHAEL GAVANDA and GARY LARSON, as
Trustees of the Painters and Allied Trades              Civil File No.
District Council No. 82 Health Care Fund; and          06-2921 (MJD/AJB)
MICHAEL GAVANDA and JAMES SMALLEN,
as Trustees of the Minnesota Finishing Trades
Training Fund; and each of theirSuccessors,

     Plaintiffs,
vs.                                                                              **ORDER**

SPECTRUM PRO DEC., INC. a/k/a
SPECTRUM PRO DECORATING, INC. and
DAN RASBERGER, individually

     Defendants.
_____

Default was entered into by the Court on September 20, 2006, upon Motion for Default by the Plaintiffs. This matter is now before the Court upon motion by the Plaintiffs for a money judgment.

Plaintiffs have submitted an Affidavit of Jason Wolfe identifying the amounts due and testifying as to the non-payment of fringe benefit contributions and liquidated damages for the audit periods of March, 2003 through September, 2004 and October, 2004 through the present and have submitted an affidavit of Amanda R. Cefalu, identifying the additional amounts incurred for attorney fees and costs incurred herein. There remains due and owing to Plaintiffs $47,836.46 for contributions, liquidated damages, and attorneys fees and costs.

**IT IS HEREBY ORDERED:**

1. That in accordance with all of the previous filings, Plaintiffs shall have judgment against Defendants Spectrum Pro Dec., Inc. a/k/a Spectrum Pro Decorating, Inc., and Dan Rasberger, individually, joint and several, in the amount of $47,836.46.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 8, 2007  BY THE COURT

<u>s / Michael J. Davis</u>
The Honorable Michael J. Davis
United Stated District Court Judge

271274

2